UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

EL HASSENE HACHEM,

    Petitioner,

v.                                                             No. 1:26-CV-013-H

MARCELLO VILLEGAS, et al.,

    Respondents.

## ORDER

    El Hassene Hachem petitioned for a writ of habeas corpus challenging his post-removal-order detention under 8 U.S.C. § 1231. Dkt. No. 1. The respondents inform the Court that they removed Hachem to a third country on January 21, 2026. Dkt. No. 10. Accordingly, Hachem is no longer detained.

    Based on the information provided by the respondents, the Court concludes that Hachem's claims are moot. *See Chay v. Holder*, 470 F. App'x 406, 406–07 (5th Cir. 2012) (dismissing as moot a challenge to post-removal-order detention under Section 1231 because the petitioner had been removed from the United States). Thus, the petition (Dkt. No. 1) is dismissed for lack of jurisdiction.

    The Court will enter judgment accordingly.

    So ordered on February 18, 2026.

                                                                     JAMES WESLEY HENDRIX
                                                                     UNITED STATES DISTRICT JUDGE